# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 04-cv-02557-REB-MJW

JACQUELINE BREWER,

    Plaintiff,

v.

KJ ENTERPRISES a/k/a USBUILD CORP.,

    Defendant.

## ORDER

**Blackburn, J.**

On June 2, 2005, I issued an order denying plaintiff's motion for default judgment for failure to submit a proposed form of judgment as required by my civil practice standards. (*See* Minute Order [#24], filed June 2, 2005.) Plaintiff has taken no further action. Therefore, to move this matter forward, I issue this order.

**THEREFORE, IT IS ORDERED** as follows:

(1) That any motion for default judgment that plaintiff intends to pursue with respect to their counterclaims **SHALL BE FILED** no later than close of business on **Tuesday, October 4, 2005**;

(2) That any such motion must comply with REB Civ. Practice Standard V.I.; and

(3) That if no timely motion is filed, this case will be administratively closed as provided by D.C.Colo.LCivR. 41.2.

Dated September 20, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge