**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Action No. 05-cv-02557-REB-MJW

JACQUELINE BREWER,

    Plaintiff,

v.

KJ ENTERPRISES a/k/a USBUILD CORP.,

    Defendant.

## ORDER FOR ENTRY OF DEFAULT JUDGMENT

**Blackburn, J.**

    This matter is before me on Plaintiff's Motion for Entry of Default Judgment Against KJ Enterprises a/k/a USBuild Corp. [#26], filed October 4, 2005. I grant the motion.

    The court has jurisdiction over the parties to and subject matter of this action under 28 U.S.C. § 1331. The Clerk of the Court has made an entry of default as required by Fed.R.Civ.P. 55(a). I have reviewed and judicially noticed all relevant facts in the file and record of this action and considered and accepted the arguments advanced and authorities cited by plaintiff in her motion. I conclude that plaintiff is entitled to default judgment against defendant.

    **THEREFORE, IT IS ORDERED** as follows:

    (1) That Plaintiff's Motion for Entry of Default Judgment Against KJ Enterprises a/k/a USBuild Corp. [#26], filed October 4, 2005, is **GRANTED**;

(2) That default judgment **SHALL ENTER** in favor of plaintiff, Jacqueline Brewer, and against defendant, KJ Enterprises a/k/a USBuild Corp.,

(3) That plaintiff is **AWARDED** damages in the principal amount of $639,512.00;

(4) That plaintiff is **AWARDED** attorneys' fees in the amount of $2,268.75;

(5) That plaintiff is **AWARDED** pre-judgment interest on the principal amount of the judgment pursuant to §5-12-101, C.R.S, from September 4, 2003, through the date of this order;

(6) That plaintiff is **AWARDED** post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of this order until the judgment is fully paid; and

(7) That plaintiff is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.Colo.LCivR 54.1.[1]

Dated October 5, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

---

[1] I note that some of the costs plaintiff has requested in her motion, e.g., the cost of her expert's fee to prepare his report, are not properly recoverable under the federal costs statutes.